LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
James C. Magid (SBN 233043)
james.magid@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
U.S. Bancorp and U.S. Bank National Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVIS, an individual;<br><br>        Plaintiff,<br><br>vs.<br><br>U.S. BANCORP D/B/A U.S. BANK HOME MORTGAGE, a Delaware corporation; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, a Minnesota corporation; U.S. BANK NATIONAL ASSOCIATION, a national association; and DOES 1 THROUGH 50, inclusive;<br><br>        Defendants. | Case No.:<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br><br>[28 U.S.C. § 1332]<br><br>[Removed from San Benito Superior Court, Case No. CU-15-0050]<br><br>Complaint Filed:   February 6, 2015 |

   Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

1

CERTIFICATION OF INTERESTED PARTIES
*Davis v. U.S. Bancorp, et al., Case No.*

| | | |
|---|---|---|
| 1 | Dated: May 26, 2015 | Respectfully submitted, |
| 2 | | LOCKE LORD LLP |
| 4 | | By: /s/ *Regina J. McClendon* |
| 5 | | Regina J. McClendon |
| | | James C. Magid |
| 6 | | Attorneys for Defendants |
| 7 | | U.S. Bancorp and U.S. Bank National Association |

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

2

CERTIFICATION OF INTERESTED PARTIES
*Davis v. U.S. Bancorp, et al., Case No.*