# KV&K
## KATCHKO, VITIELLO & KARIKOMI, PC

Yelena Katchko
GianDominic Vitiello
Michael T. Karikomi

11500 W. Olympic Boulevard · Suite 400
Los Angeles, California 90064
P: 310 943 9587 · F: 424 204 0401



July 29, 2015

**VIA E-FILING**
United States District Court
Northern District of California
San Jose Courthouse
280 S. First St.
Courtroom 5
San Jose, CA 95113

| | | |
|---|---|---|
| Re | : | TELEPHONIC APPEARANCE REQUEST FOR AUGUST 11, 2015 MOTION TO DISMISS |
| Case Name | : | **DAVIS V. U.S. BANCORP D/B/A U.S. BANCORP ET AL.** |
| Case No. | : | 5:15-cv-02337-PSG |

Dear Clerk of the Court,

We are seeking approval for a telephonic appearance for the August 11, 2015 Motion to Dismiss in this matter.

On July 28, 2015, our office communicated with counsel representing all parties to ascertain whether they sought telephonic appearances as well. Counsel for Defendants U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION, James Magid, advised our office that he would be appearing in person. Therefore, only the following parties request telephonic appearance approval:

| Party | Attorney | Land Line Contact No. |
|---|---|---|
| Plaintiff Mark Davis | GianDominic Vitiello | (310) 943-9587 ext. 2 |
| Defendant OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY | David Liu | (949) 225-7201 |

Thank you,

**KATCHKO, VITIELLO & KARIKOMI, PC**

*/S/ GIANDOMINIC VITIELLO*
GianDominic Vitiello

# CERTIFICATE OF SERVICE
# UNITED STATES DISTRICT COURT

**DAVIS V. U.S. BANCORP D/B/A U.S. BANCORP ET AL.** - 5:15-cv-02337-PSG

 I am an employee in Los Angeles County, State of California. I am over the age of 18 and not a party to the within action. My business address is 11500 W. Olympic Blvd., Suite 400, Los Angeles, California 90064.

 On July 29, 2015 I served the foregoing document described as **TELEPHONIC APPEARANCE REQUEST FOR AUGUST 11, 2015 MOTION TO DISMISS** on the interested parties in said action as follows:

 **VIA ELECTRONIC SERVICE:** Served electronically via the Court's CM/ECF System on the following the following interested parties:

| | |
|---|---|
| LOCKE LORD LLP<br>Regina J. McClendon<br>rmcclendon@lockelord.com<br>James C. Magid<br>james.magid@lockelord.com<br>44 Montgomery Street, Suite 4100<br>San Francisco, CA 94104<br>Telephone: (415) 318-8810<br>Fax: (415) 676-5816 | Attorneys for Defendants<br>Defendants U.S. BANCORP D/B/A<br>U.S. BANK HOME MORTGAGE and<br>U.S. BANK NATIONAL<br>ASSOCIATION |
| David M. Liu<br>Severson & Werson<br>19100 Von Karman Avenue, Suite 700<br>Irvine, CA 92612<br>Telephone: (949) 442-7110<br>Direct Line: (949) 225-7201<br>Facsimile: (949) 442-7118<br>dml@severson.com | Attorneys for Defendant OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY |

    I declare under penalty of perjury under the laws of the United State of America that the foregoing information is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**DATED**: July 29, 2015                        /S/ GIANDOMINIC VITIELLO
                                                                  GIANDOMINIC VITIELLO