UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK DAVIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. BANCORP D/B/A U.S. BANK HOME MORTGAGE, et al.,<br><br>　　　　　Defendants. | Case No. 5:15-cv-02337-PSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**(Re: Docket No. 24)** |

　　　　In light of today's order granting Defendants' motion to dismiss,[1] the court continues the Case Management Conference scheduled for tomorrow, September 29, 2015, at 10:00 AM. The court will set a new date for the Case Management Conference after Defendants file an answer, if at all.

**SO ORDERED.**

Dated: September 28, 2015

　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 34.